**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

JACK A. HANES                                          CAUSE NO:  2:04-cv-0140-RLY-WGH
          Plaintiff

          vs.

JOHN R. GREGG, Interim President of
Vincennes University, in his individual
capacity and in his official capacity;
DALE DOWDEN, University Provost and
Vice President for Academic Affairs, in
his individual capacity;
PHILLIP RATH, Vice President for
Finance and Government Relations, in his
individual capacity;
JIM MESSMER, Vice President for
Statewide Services, in his individual capacity; and
THE BOARD OF TRUSTEES OF VINCENNES
UNIVERSITY in their official capacity
          Defendants

## MOTION TO PUBLISH DEPOSITION

The Defendants, John R. Gregg, Interim President of Vincennes University, in his

individual capacity and in his official capacity; Dale Dowden, University Provost and Vice

President for Academic Affairs, in his individual capacity; Phillip Rath, Vice President for

Finance and Governmental Relations, in his individual capacity; Jim Messmer, Vice

President for Statewide Services, his individual capacity; and The Board of Trustees of

Vincennes University in their official capacity, by counsel, move the Court to publish the

deposition of Plaintiff Jack Hanes.  The purpose of the filing of this Motion at this time is

that the Defendants are filing a Motion for Summary Judgment and would request the Court

to consider the testimony of Plaintiff Jack Hanes taken on April 25, 2005, as set forth in the

deposition in its consideration of the Defendants' Motion for Summary Judgment.

2

WHEREFORE, Defendants respectfully move the Court to publish the deposition described above.

Respectfully submitted,

KELLEY, BELCHER & BROWN

By:    s/ Thomas J. Belcher
       Thomas J. Belcher, #3773-53
       s/ Shannon L. Robinson
       Shannon L. Robinson, #15253-82
       Attorneys for Defendants
       301 West Seventh Street
       Post Office Box 3250
       Bloomington, Indiana  47402-3250
       Telephone:    812-336-9963
       Fax:           812-336-4588
       E-mail: tbelcher@kelleybelcherbrown.com
             srobinso@kelleybelcherbrown.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Publish Deposition was filed electronically on the 16th day of June, 2005.  Notice of this filing was sent to the following by operation of the Court's electronic filing system:

Ida Coleman Lamberti
MAURER RIFKIN & HILL, P.C.
E-mail:  iclamberti@mrhlaw.com

       s/ Shannon L. Robinson
       Shannon L. Robinson