**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

JACK A. HANES                                    CAUSE NO:  2:04-cv-0140-RLY-WGH
         Plaintiff

         vs.

JOHN R. GREGG, Interim President of
Vincennes University, in his individual
capacity and in his official capacity;
DALE DOWDEN, University Provost and
Vice President for Academic Affairs, in
his individual capacity;
PHILLIP RATH, Vice President for
Finance and Government Relations, in his
individual capacity;
JIM MESSMER, Vice President for
Statewide Services, in his individual capacity; and
THE BOARD OF TRUSTEES OF VINCENNES
UNIVERSITY in their official capacity
         Defendants

**APPENDIX OF DESIGNATED MATERIALS**
**VOLUME IV**
**PAGES 201-233**

                    Respectfully submitted,

                    KELLEY, BELCHER & BROWN

          By:     s/ Thomas J. Belcher
                    Thomas J. Belcher, #3773-53
                    Attorneys for Defendants
                    301 West Seventh Street
                    Post Office Box 3250
                    Bloomington, Indiana  47402-3250
                    Telephone:   812-336-9963
                    Fax:              812-336-4588
                    E-mail: tbelcher@kelleybelcherbrown.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Appendix of Designated Materials -- Volume I was filed electronically on the 16th day of June, 2005.  Notice of this filing was sent to the following by operation of the Court's electronic filing system:

Ida Coleman Lamberti
MAURER RIFKIN & HILL, P.C.
E-mail:  iclamberti@mrhlaw.com


<u>s/ Thomas J. Belcher</u>
Thomas J. Belcher

necessities of the institution may demand. The faculty so appointed, by and with the approbation of the board of trustees, shall have power to grant and confer such degrees in the liberal arts and sciences as are usually granted and conferred in other colleges in the United States. However, no degrees shall be conferred, or diplomas granted, except to students who have acquired the same proficiency in the liberal arts and sciences as is customary in other colleges in the United States.

(c) The board of trustees shall also have power to:

(1) contract, and be contracted with;

(2) acquire, hold, enjoy, and transfer property, real or personal, in their corporate capacity;

(3) have and use a common seal, and alter the same at pleasure;

(4) sue and be sued, plead and be impleaded, in any court of law or equity;

(5) receive and accept any grant, gift, donation, bequest or conveyance, by any person, company, or corporation of any property, real or personal; and hold and enjoy and dispose of the same as may be deemed best for the interests of said college;

(6) make, ordain, establish, and execute such bylaws, rules, and ordinances, not inconsistent with the Constitution and laws of the United States, or of this state, as they shall deem necessary for the welfare of said institution; and

(7) do all other acts in pursuance thereof necessary for the prosperity of said college.

*As added by Acts 1982, P.L.146, SEC.3.*

### Historical and Statutory Notes

Acts 1982, P.L. 146, Sec.3, emerg. eff. Feb. 25, 1982, added this chapter.

Formerly:
Acts 1834, c. 18, s. 1 [repealed by P.L.16-1983, SEC.23(b)].

### Library References

Colleges and Universities ⬦3, 7, 8(2).
Westlaw Topic No. 81
C.J.S. Civil Rights §§ 122, 140.

C.J.S. Colleges and Universities §§ 5 to 6, 15 to 20.

## 23-13-19-2 Board of trustees; members; elections; alumni trustees

Sec. 2. The board of trustees of Wabash College shall consist of twenty-one (21) members, one (1) of whom shall be the president of the college, and whose term of office as trustee shall be of equal duration with his incumbency of the presidency of the college. The other twenty (20) members shall be elected for a term of four (4) years, in classes of five (5) each year, as the successors of the trustees whose terms of office will expire in that year. A trustee may succeed himself in office. All of such elections shall be by a majority vote of the trustees in office present and voting at the election meeting. However, two (2) trustees

303

201

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

JACK A. HANES
    Plaintiff

CAUSE NO: 2:04-cv-0140-RLY-WGH

    vs.

JOHN R. GREGG, Interim President of
Vincennes University, in his individual
capacity and in his official capacity;
DALE DOWDEN, University Provost and
Vice President for Academic Affairs, in
his individual capacity;
PHILLIP RATH, Vice President for
Finance and Government Relations, in his
individual capacity;
JIM MESSMER, Vice President for
Statewide Services, in his individual capacity; and
THE BOARD OF TRUSTEES OF VINCENNES
UNIVERSITY in their official capacity
    Defendants

## AFFIDAVIT OF DALE DOWDEN

Comes now Dale Dowden being duly sworn upon his oath herein alleges and states:

1.    That I hold the position of Provost and Vice President at Vincennes University.

2.    That Vincennes University is a state university and state agency.

3.    That Vincennes University receives the majority of its funding from the Indiana General Assembly. Specifically, for the 2005-2006 year, Vincennes University will receive 64% of its funding from the Indiana General Assembly.

**202**

4.      That the Indiana General Assembly has appropriated for Vincennes
University's general fund, for operations for 2005-2006, the sum of Thirty-six Million Six
Hundred Fifty-Four Thousand Six Hundred Eighteen Dollars ($36,654,618.00).

5.      That the Indiana General Assembly has appropriated to Vincennes
University for its R & R fund for 2005-2006 the sum of One Million Four Thousand
Dollars ($1,004,000.00). The R & R fund is for building and real estate construction and
maintenance.

6.      That in the summer of 2002, it was brought to my attention that the
basketball and an assistant basketball coach were involved in the falsification of
applications to Vincennes University.

7.      That the falsified applications involved falsification of addresses for
purposes of instate residency and on one application, knowingly submitting what we
believe to be falsified high school records or transcripts.

8.      That both of the individuals involved were disciplined by the University.
As a part of that disciplinary procedure, both of the individuals involved agreed to
relinquish their academic tenure.

9.      That the basketball coach remained in his position as coach and as an
employee of the University for the 2003-2004 school year. However, he was terminated
from the University in the 2004-2005 school.

10.     The assistant basketball coach remains an employee of the University at this time.

11.     That Exhibit "A", attached hereto, is a true and accurate copy of a letter dated November 20, 2003, which is contained in the personnel file of Jack Hanes, which is maintained in the ordinary course of business of the University. Exhibit "A" is a true and accurate copy of the letter, as signed by me, on that date.

12.     That Exhibit "B", attached hereto, is a true and accurate copy of a letter dated December 5, 2003, from President John Gregg, to Jack Hanes. Said letter is maintained in the personnel file of Jack Hanes, which is maintained by the University in the ordinary course of business. That Exhibit "B" is a true and accurate copy of that correspondence.

13.     That Exhibit "C", attached hereto, is a true and accurate copy of a letter dated February 3, 2004, from John Gregg, to Jack Hanes, advising that the Board of Trustees have upheld Gregg's recommendation for termination of Hanes' employment for his refusal to accept the transferred position of business and industry assignment. Exhibit "C" is a true and accurate copy of that correspondence as maintained in Hanes' personnel file, maintained by the University in the ordinary course of business.

14.     That Exhibit "D", attached hereto, is a true and accurate copy of portions of relevant and pertinent parts of the University Manual, in effect for 1983-1984, at a time

when the University maintained both professional staff and faculty tenure. The pertinent parts of that manual reproduced in Exhibit "D" are those dealing with contracts, and employment and tenure.

15.     That Exhibit "E", attached hereto, is a true and accurate copy of relevant and pertinent portions of the University Manual for the year 1995-1996. The relevant and pertinent portions reproduced in Exhibit "E" are those regarding contracts, and employment and tenure.

16.     That Exhibit "F", attached hereto, is a true and accurate copy of relevant and pertinent portions of the University Manual revisions for the year 1996-1997. The relevant and pertinent portions reproduced in Exhibit "F" are those regarding contract, and employment and tenure.

17.     That the University Manual provisions regarding contracts and employment tenure have not been modify since 1996-1997, and which have remained in effect to the present.

FURTHER AFFIANT SAYETH NOT.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated this _15_ day of _June_ , 2005.

Dale Dowden

205

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit of Dale Dowden was filed

electronically on the 16th day of June, 2005. Notice of this filing was sent to the

following by operation of the Court's electronic filing system:

Ida Coleman Lamberti
MAURER RIFKIN & HILL, P.C.
E-mail: iclamberti@mrhlaw.com

s/ Thomas J. Belcher
Thomas J. Belcher

KELLEY, BELCHER & BROWN
301 West 7th Street
Post Office Box 3250
Bloomington, Indiana  47402-3250
Telephone:  812-336-9963

# EXHIBIT "A"

**VINCENNES UNIVERSITY**
The Two-Year College

Vincennes, IN 47591

(812) 888-8888

Fax (812) 888-5868

www.vinu.edu

November 20, 2003

Mr. Jack Hanes
Assistant Provost of Enrollment Management
Vincennes University
1002 North First Street
Vincennes, IN 47591

Dear Jack:

This letter will acknowledge our office conference on Friday, November 14, 2003, and your indication that you would like for the University to consider assigning you to a position other than the Business and Industry position we had previously discussed. You asked specifically that we consider assigning you back to the classroom in the Broadcasting Department.

We have considered your request, and we believe the University can be better served by your assuming the Business and Industry position. This will confirm the terms of the new assignment. You will be paid a salary of $65,000, and, in addition, you will be paid additional compensation based on the enrollment goals as provided to you by Vice President Jim Messmer on Thursday, November 13, 2003. This is an important position for the University and one in which we believe and expect you will be extremely successful.

Jack, so there will be no misunderstanding, we want you to understand that we are directing you to begin this new assignment, effective immediately. We realize from our conversation this is a difficult move for you, and we are willing to grant you paid leave through Thanksgiving vacation for you to consider your future at the University. Our hope and expectation is that you will accept and be successful in the new assignment. If so, please contact Vice President Jim Messmer to discuss beginning your assignment in the Business and Industry position. However, if you are unwilling to accept the new assignment, we would ask that you submit your resignation to the Human Resources Office by Monday, December 1, 2003.

208

Mr. Jack Hanes
November 20, 2003

Page Two

We regret the formality of this letter, but we believed it was important that we be clear in our intentions.

Very truly yours,

Dale E. Dowden, Provost and Vice President
for Instructional Services/Dean of Faculty

James A. Messmer, Vice President for Statewide
Services and the Community College Partnership

DED/sss

**209**

# EXHIBIT "B"

**VINCENNES UNIVERSITY**
Office of the President

*mailed*
*12/5/03*

Decemher 5, 2003

SENT VIA CERTIFIED MAIL AND REGULAR MAIL

Mr. Jack Hanes
1198 N. Dogwood Drive
Vincennes, IN 47591

Dear Jack:

As Dale and Jim discussed with you initially on Thursday, November 13, and as they confirmed to you in a letter dated November 20, 2003, we decided it would be best for the University for you to be assigned to a Business and Industry position. We believed you would be of tremendous service to the University in this new role, and we also believed your compensation would be commensurate to your prior compensation.

Because you indicated a reluctance to begin the new assignment, we allowed you through December 1 to begin your duties. We then received a letter from Paul Ledford on November 25, 2003, indicating you were not willing to accept the new assignment and that you did not intend to resign.

We have not had any further response from you.

We want very much for you to accept the new assignment, and we regret your apparent decision not to do so. Because of your unwillingness to accept your new assignment, I have no alternative but to recommend to the Board of Trustees that your tenured employment at the University be terminated for insubordination.

Pursuant to the *University Manual*, you are entitled to request a hearing before a committee of the Board of Trustees, which would consist of the Chairman of the Personnel Committee of the Board of Trustees, one Trustee chosen by you, and one Trustee chosen by me. You must advise me in writing within ten days of the postmark of this letter if you desire to have the hearing.

Sincerely,

John R. Gregg
Interim President

JRG/pak

**211**

# EXHIBIT "C"



**VINCENNES UNIVERSITY**
Office of the President

February 3, 2004

Mr. Jack Hanes
1198 N. Dogwood Drive
Vincennes, IN 47591

Dear Jack:

As you are aware from your attendance at the Vincennes University Board meeting on January 28, the Board of Trustees upheld my recommendation that your employment be terminated as a result of your refusal to accept the Business and Industry assignment. The termination is effective January 28. It is my understanding from Gazella Summitt that you have already been in contact with her concerning severance issues.

We are grateful for your past contributions to the University, and we wish you the best in your future endeavors.

Sincerely,

John R. Gregg
Interim President

pak

bcc: VP=
     Brandt
     Gazella
     Hartel?

**213**

# EXHIBIT "D"



# UNIVERSITY MANUAL

## 1983 - 84

the correct grade. In the case of incomplete grades, it is not necessary to make a request to the Grade Change Committee; only the Registrar needs to be notified.

The Grade Change Committee shall have authority to make grade changes during the summer, but shall report to the University Council at its first fall meeting concerning action taken during the summer.

## FACULTY OFFICE HOURS

It is the purpose of office hours to encourage the student to seek counsel. An important step in the development of a college student is wise use of faculty relationships. In order to make the counseling of students more effective, the following rules have been set forth:

1. All faculty members will hold seven office hours a week (one or more office hours per day), attempting to have at least one fifty-minute period at a time with some periods in the mornings and some in the afternoons.

2. Those professors whose schedules do not permit such an arrangement will submit a schedule showing the period of the day when they can best hold individual conferences.

3. All such office hours will be submitted to the Vice President for Instructional Services and Dean of the Faculty's Office no later than the end of the third week of classes on the four-part "Faculty Schedule Card Form." The white copy of this NCR form should be posted on the faculty member's office door, the second copy submitted to the division office, the third to the appropriate dean and the fourth to the Dean of the Faculty.

## ACADEMIC ADVISING PROGRAM

Academic advisors are assigned by their division chairs. All program advising at Vincennes University is done by faculty members in the students' major area as a part of faculty responsibility. The Vice President for Student Services is responsible for coordinating the advising program.

For procedures of advising, refer to the Advising Manual.

## CONTRACTS

Tenured faculty/professional staff receive a letter of agreement indicating salary adjustments annually. Contracts are also issued annually to non-tenured persons. Every effort will be made by the Vice President for Financial Services and Treasurer to issue new contracts and letters of agreement by June 1 each year, dependent upon the date of the state appropriation. Unless the faculty/professional staff member is notified by February 15, it may be assumed that a contract will be offered for the next year. It will be appreciated if faculty/professional staff who are not returning will notify the appropriate vice president by April 1. All contracts offered must be returned 15 days after their issuance. Faculty/professional staff are paid their contracted salary in 26 equal biweekly pay periods.

Division chairs are contracted for twelve months.

**216**

A faculty/professional staff member with identified weaknesses in teaching or professional service abilities which have been verified through the evaluation process will be counseled by the appropriate department chair, division chair, or vice president. A report of the items discussed will be placed in the faculty/professional staff file and the report will be signed by all involved in the discussion.

c. The faculty/professional staff member may, at his/her option, request that a faculty committee of peers from that service, department, or division be established to assist him/her to strengthen deficiencies. This committee will observe at length the faculty/professional staff member in his/her classroom or performance of duties and in turn may offer counsel to the faculty/professional staff member.

## EMPLOYMENT AND TENURE

The following represents tenure regulations which were reviewed by tenured faculty and professional staff in the Spring Semester 1982. The employment and tenure regulations are currently being reviewed by the Board of Trustees for final approval. Faculty and professional staff will be informed of any revisions.

1. Faculty/professional staff are eligible for tenure after five (5) consecutive years of full-time service in the same University area. Tenure is not retained when leaving a department, division, area, or service of the University and entering another at the University.

   a. Tenured faculty/professional staff who change services/area/division and/or department are eligible to apply for tenure after two years of service; however, such faculty/professional staff may apply for immediate tenure in the new department/division/area or service.

   b. Non-tenured faculty/professional staff who change services/area/division and/or department are eligible to apply for tenure after two years of service in the new area with a minimum of five years consecutive service as faculty/professional staff.

   c. Years of service in an externally funded program administered by the University do not count toward the five years of consecutive service required for an employee to be eligible for tenure. Exceptions to those policy must be requested by the faculty/professional staff person.

2. Eligible faculty/professional staff must submit their request for tenure, in writing with a thorough documentation based upon Vincennes University evaluation criteria, to their immediate supervisor and/or division chair, with copies to their department chair, dean, and/or appropriate vice president.

3. Faculty/professional staff contracts are for a one-year period until tenure is granted. After tenure is awarded, University personnel will receive an annual letter of employment which will include a statement of salary, employment period, title/rank and special duties.

   Faculty/professional staff members, in order to continue employment or in order to hold tenure, will return their contracts or signed letters of employment within fifteen (15) days after their issuance.

4. With the exception of temporary appointments, all full-time appointments will be of two kinds: Non-tenure appointments and tenure-track appointments.

**217**

upon the recommendation of the President. The President receives the faculty/professional staff tenure requests and recommendation from the appropriate department chair, division chair, dean, and/or appropriate vice president.

6. Eligible applicants may appeal a denial of tenure decision to an appeal committee of the Board of Trustees for a hearing. The hearing will include a committee consisting of the Chairman of the Faculty and Staff Committee of the Board of Trustees (who will preside), the President of the University, one trustee chosen by the President and one trustee chosen by the faculty/professional staff member.

Both parties may present information and ask questions in support of their positions and both shall have the right to provide information concerning the qualification of the University employee for tenure. During these proceedings the faculty/professional staff member will be permitted to have an advisor of his/her own choice. All proceedings of the committee will be recorded and a full stenographic report made available to the parties concerned.

7. Continuance of tenure requires that the faculty/professional staff shall continue his/her professional training. Continued professional training may be secured by several methods, such as a minimum of six credit hours in his/her professional field or anticipated teaching/professional field every five years (or within a period of five years), an equivalent in writing, a substitution of research, a substitution of travel, a substitution of a special project for the University that requires any or or all of the above. If the faculty/professional staff members holds the Ph.D. or its equivalent, writing, research, travel, or special project is more desirable than hours of credit.

8. The President, the appropriate vice president, the dean, and division chairs will arrange for an annual evaluation of the contributions of each faculty/professional staff member. The criteria of the annual evaluations will be the criteria for application to and continuance of tenure.

9.

   a. Non-tenure appointments may be for one year or for other stated periods, subject to renewal; but the total non-tenured period will not exceed five consecutive years, plus two one-year extension periods. Leave of absence shall not be considered a break in continuity of service. Teaching/professional service at Vincennes University previous to the adoption of this tenure plan shall apply on the required probationary period unless the faculty/professional staff member is given written notice of dismissal by February 15 of the school year in which this plan is adopted.

   b. Written notice that a contract is not to be renewed shall be given to a faculty/professional staff member no later than February 15.

   c. Faculty/professional staff members, in order to continue employment or in order to hold tenure, will return their contracts or signed letters of employment within fifteen (15) days of their issuance.

10. Until such time as retirement age of the faculty/professional staff member is reached, a tenure appointment is terminable by the institution only for ade-

quate cause or on account of extraordinary financial emergencies. If a tenure appointment is terminated because of a financial emergency, released faculty/professional staff member's place will not be filled by a replacement within a period of three years, unless the released faculty/professional staff member has first been offered the opportunity of being reappointed and has declined this offer.

11. Termination for cause of a tenure appointee shall be preceded by a written statement of reasons, being delivered to said permanent appointee and he/she shall have the right to be heard before a committee as set forth below. The permanent appointee shall have ten days after receiving the written notice to request in writing a formal hearing. The hearing shall be heard before a Board of Trustees committee designated as "The Appeal Committee," and shall be composed of the Chairman of the Faculty and Staff Committee of the Board of Trustees as chairman, the President of the University, the appropriate vice president, one trustee chosen by the President, and one trustee chosen by the faculty/professional staff member who is being dismissed. Both parties may present information and ask questions in support of their positions and both shall have the right to provide information concerning the qualifications of the University employee for tenure. During these proceedings the faculty/professional staff member will be permitted to have an advisor of his/her own choice. All proceedings of the Committee will be recorded and a full stenographic report made available to the parties concerned.

12. Tenure for each faculty/professional staff member is terminated at seventy (70) years of age or upon the completion of the academic year in which the faculty/professional staff member reaches the seventieth birthday.

13. All faculty members are entitled to academic freedom as follows:

    a. The faculty member is entitled to full freedom in research and in the publication of the results, subject to the adequate performance of his/her other employment, should be based upon an understanding with the administration of the University. The faculty member is entitled to freedom in the classroom in discussing his/her subject, but he/she should be careful not to introduce into his/her teaching controversial matters which have no relation to their subject.

    b. The college teacher is a citizen, a member of a learned profession, and an officer of an educational institution. When he/she speaks or writes as a citizen, he/she should be free from institutional censorship or discipline, but his/her position in the community imposes special obligations. As a person of learning and an educational officer, he/she should remember that the public may judge his/her profession and his/her institution by his/her utterances. Hence, he/she should at all times be accurate, should exercise appropriate restraint, should show respect for the opinions of others, and should make every effort to indicate that he/she is not an institutional spokesperson.

14. Administrative personnel are subject to the foregoing regulations, with the exceptions of the chief administrative officer.

15. These regulations may be amended at any time upon an agreement of a majority of the members of the faculty/professional staff holding tenure and the approval of the Board of Trustees.

RANK AND PROMOTION

**219**

Faculty/professional staff initial rank upon employment shall be determined by the President upon recommendation of the appropriate vice president, the deans, the chairs of the divisions or the supervisor of the position. Promotions to a higher rank are approved by the Board of Trustees in the following manner:

1. Recommendations for promotions should come from the person's immediate supervisor through channels to the President and be approved by the Board of Trustees. A person might also apply for early promotion at any time his/her work is so exemplary that he/she felt the time ingrade criteria for a higher rank could be waived. Any evaluation of the person's work should proceed through the same channels.

2. A person seeking promotion should send a letter of application, addressing the qualifications, criteria and evaluation areas, and the success of the faculty/professional staff will be made by that person to the appropriate division chair or supervisor. (Copies to department/program chair or dean and/or the appropriate vice president.)

3. If an area of a faculty/professional staff person needs strengthening as indicated by a supervisor or administrator, the person will address how the weakness has been overcome, i.e. a course taken or some other effort.

4. To request promotion to Associate Professor (Level III) or Professor (Level IV), an individual must be completing five years' experience at V.U. and be eligible for tenure. Furthermore, to be considered for promotion to an associate or a full professorship requires that the candidate provide evidence that his/her credibility as a superior classroom teacher and academic adviser (or expertise in his/her professional area); recognition as an educator locally, regionally, or nationally; reasonable participation in department, division, and University functions; adherence to all University policies and regulations; and an understanding of the community college philosophy. The individual seeking promotion to one of these two highest ranks or levels should provide sufficient written evidence to support his/her request for promotion, and submit one copy of the request to each of the following: the supervisor or department chair, division chair, dean, and/or the appropriate vice president.

5. It should be noted that faculty/professional staff are strongly encouraged to pursue graduate work as a requirement for professional growth and advancement in academic rank.

   Policies for Study Leaves, as outlined in "Study Leaves" on page 61, of this section, provides for the pursuance of graduate work.

## Criteria for Ranking

### General Requirements

The following general qualifications from the evaluation criteria will be considered in the selection and promotion of faculty/professional staff:

Understanding of the comprehensive community college philosophy
Teaching effectiveness or expertise in the chosen professional area
Academic advising and other student services
Non-teaching administrative responsibilities
Professional growth and development

# EXHIBIT "E"



# University Manual
# 1995-96

## FACULTY OFFICE HOURS

It is the purpose of office hours to encourage the student to seek counsel. An important step in the development of a college student is wise use of faculty relationships. In order to make the counseling of students more effective, the following rules have been set forth:

1. All faculty members will hold at least seven office hours a week (one or more office hours per day), attempting to have at least one fifty-minute period at a time with some periods in the mornings and some in the afternoons available to students.

2. Those professors whose schedules do not permit such an arrangement will submit a schedule showing the period of the day when they can best hold individual conferences.

3. All such office hours will be submitted to the Vice President for Instructional Services and Dean of Faculty's Office no later than the end of the third week of classes on the four-part "Faculty Schedule Card Form." The white copy of this NCR form should be posted on the faculty member's office door, the second copy submitted to the division office, the third to the Dean of Curriculum and Faculty Development and the fourth to the Dean of the Faculty.

## ACADEMIC ADVISING PROGRAM

Academic advisors are assigned by their division deans. All program advising at Vincennes University is done by faculty members in the students' major area as a part of faculty responsibility. The Vice President for Student Services is responsible for coordinating the advising program.

For procedures of advising, refer to the Advising Manual.

## CONTRACTS

Tenured faculty/professional staff receive a letter of agreement indicating salary adjustments annually. Contracts are also issued annually to non-tenured persons. Every effort will be made by the Vice President for Financial Services and Treasurer to issue new contracts and letters of agreement by June 1 each year, dependent upon the date of the state appropriation. Unless the faculty/professional staff member is notified by February 15, it may be assumed that a contract will be offered for the next year. It will be appreciated if faculty/professional staff who are not returning will notify the appropriate vice president by April 1. All contracts offered must be returned 15 days after their issuance. Faculty/professional staff are paid their contracted salary in 26 equal biweekly pay periods.

Division deans are contracted for twelve months.

# Department Chairs

The following statements summarize Vincennes University's department chair appointments.

- Department chairs are appointed for all Vincennes University instructional departments. FTE faculty is computed on the basis of 15 credit hours or 22 contact hours.

- The department chair's contract is for nine months. The chair stipend will be determined annually based upon the number of FTE faculty supervised during the previous academic year. The stipend will be included in the annual letter from the President stating the department chair's pay for the coming year. If the chair supervises ten or more (FTE) faculty, 30% released time is allowed.

The same list of items may be used in multiple courses if the department so determines and appropriate approval is granted.

3) The student rating of instruction process will be administered for each new faculty member in all class sections he/she teaches during each of the first four regular, full-time semesters of employment and for all classes taught in at least one semester each year thereafter until tenure is earned. Tenured faculty will be rated in all class sections taught during at least one semester during any two-year period or the equivalent thereof. Faculty members may elect to administer the student rating of instruction process in any course section during any semester.

4) Each department/division may elect to use additional items aimed at course evaluation. Response forms would be provided upon request.

5) Faculty members may elect to use up to five instructor supplied items to individualize the evaluation process. These would be in addition to the University core and departmental items.

b. Faculty and professional staff will be evaluated annually in writing by his/her department chairperson, area or division dean and the Dean of Faculty, according to the procedure that is referenced in Section IV.

2 Uses of Evaluation Data

a All pertinent departmental, divisional, and administrative information including all evaluation data of faculty/professional staff will be placed in a master personnel file. Faculty/ professional staff will be advised periodically of the type of materials going into this file.

b. Each faculty/professional staff member will have access to his or her file and upon reading it may initial any or all significant evaluations, reports, and comments contained therein. If any item is to be placed in the faculty/professional staff member's file which has a negative connotation upon his or her performance or character, written notification will be made from the appropriate vice president to the faculty/professional staff member. The faculty/professional staff member will have the right of placing written comments in the file in response to any material contained therein.

A faculty/professional staff member with identified weaknesses in teaching or professional service abilities which have been verified through the evaluation process will be counseled by the appropriate department chair, division dean, or vice president. A report of the items discussed will be placed in the faculty/professional staff file and the report will be signed by all involved in the discussion.

c. The faculty/professional staff member may, at his/her option, request that a faculty committee of peers from that service, department, or division be established to assist him/her to strengthen deficiencies. This committee will observe at length the faculty/professional staff member in his/her classroom or performance of duties and in turn may offer counsel to the faculty/professional staff member.

## EMPLOYMENT AND TENURE

Any employee who does not receive a written contract for a specified term of employment is not considered faculty or professional staff and is not subject to the paragraphs that follow within this section "Employment and Tenure." Rather, any employee not employed by a written contract for a specified term may terminate his/her employment at Vincennes University at any time, and Vincennes University may terminate his/her employment at any time.

The Board of Trustees is committed to the principles of academic freedom at Vincennes University, and to further these principles, the Board of Trustees affirms its commitment to granting tenure, upon the terms hereafter designated, to faculty members involved in teaching at Vincennes University. The Board of Trustees believes the principles upon which tenure is founded apply only to faculty members involved in teaching, and, accordingly, Vincennes University will not offer tenure track positions to professional staff employees hired after June 1, 1990. Professional staff employed after June 1, 1990 will continue to be eligible for promotion as outlined in the provisions "Rank and Promotion" in the University Manual and for all other benefits now provided professional staff, except for the granting of tenure.

Also effective June 1, 1990, any new employee hired from outside the University as an athletic director or coach at Vincennes University will be employed by an individual written contract specifying the duration of the coach's employment. These coaches will be given appropriate rank and titles and will be subject to promotion, but the coaches will not be eligible for tenure.

## Non-Tenured Employment

1. The Board of Trustees expressly delegates to the President all authority for the employment of non-tenure faculty.

2. Before faculty are appointed, the initial salary, rank, and duration of the appointment shall be stated in writing and placed in the possession of the University and the faculty or professional staff. All contracts for faculty shall designate whether the faculty is tenured or non-tenured, and if non-tenured, whether the position is a tenure track position.

3. Contracts for faculty not having been awarded tenure are only for the time specified in each of said contracts. Until tenure is granted, faculty shall have no expectation of continued employment after the duration of the contract, as the University expressly retains its right not to renew the contract.

   All contracts offered to faculty shall be signed and returned to the University within fifteen days of postmark.

4. The President, the appropriate Vice President, and/or Division Dean will arrange for an annual administrative evaluation of the contributions of the faculty and professional staff. The faculty or professional staff person evaluated will be notified of the evaluation, will be encouraged to participate in the evaluation, will be advised of the results of the evaluation, and will have an opportunity to respond to the results of the evaluation.

   The faculty will be evaluated, as appropriate, upon the following general criteria:

   a. Instructional Effectiveness/Responsibilities

   b. Student Support Services

   c. Professional Growth and Development

   d. Professional Ethics/Conduct

   e. Contributions to the Department

   f. Faculty Administrative Responsibilities

   Professional staff will be evaluated, as appropriate, upon the following general criteria:

   a. Professional Responsibilities

   b. Professional Qualities

   c. Professional Skills

   d. Job Knowledge

   e. Evidence of commitment to program/institution

5. Non-tenure appointments for faculty who are in tenure track positions, but who have not been awarded tenure, will be employed for one year at a time and their employment will not exceed five years.

6. The University President will notify by mail postmarked by the 15th day of February those non-tenured persons whose contracts are not being renewed for the subsequent school year. Upon receipt of said notification, the faculty or professional staff person may seek a meeting with the President to discuss the decision made by the President and administration not to renew the contract.

7.   The employment of a non-tenured faculty or professional staff person shall be terminated by the University before the expiration date of the person's written contract only for reason of incompetence; serious personal or professional misconduct; or, insubordination by the faculty or professional staff person. This termination of a non-tenured faculty or professional staff person is to be distinguished from the non-renewal of the non-tenured faculty or professional staff person's contract, as non-tenured faculty or professional staff persons are to have no expectation of continued employment after the expiration of each one year contract.

If it becomes necessary to terminate the employment of a non-tenured individual before the expiration of the individual written contract, the University President shall provide the faculty or professional staff person written notice of the reasons for the contemplated termination. The person may request a hearing before the University President in writing within ten (10) days after postmark of the notice that termination is being contemplated or the President will proceed to make a decision without benefit of the hearing.

The President will conduct the hearing within a reasonable time after receiving the written request. Before the hearing, the faculty or professional staff person will be advised of the names and of the substance of the testimony of the witnesses who will testify in support of the adverse recommendation and the person will be given the opportunity at the hearing to cross examine witnesses and present evidence. The proceedings will be recorded and transcribed. The person may be represented by counsel. The hearing will not be open to the public to protect the rights and privacy of the faculty or professional staff person and all participants.

The faculty or professional staff person shall similarly provide to university counsel a reasonable time in advance of the hearing the names and substance of the testimony of his witnesses.

Within a reasonable number of days after the completion of the hearing, the President will render a decision upon the termination of the faculty or professional staff person.

The University President may suspend with pay the faculty or professional staff person, pending the hearing upon termination and the final decision thereon.

## Criteria for Application for Tenure

1.   The Board of Trustees reserves unto itself the granting of tenure status to faculty, which determination will be made after due consideration of the recommendation of the President. Annually a workshop is held during the fall semester by the Vice President for Instructional Services to outline the procedures for application for tenure.

2.   All persons employed in tenure track positions are eligible for tenure after five (5) consecutive years of full-time service in the same department/division/area. Tenure is not retained when leaving a department/division/area of the University and entering another at the University.

     a.   Tenured faculty who change department/division/area of the University and enter another at the University are eligible to apply for tenure after two years of service in the new department/division/area. Tenured professional staff who change department/division/area of the University and enter another at the University are not eligible to apply for tenure.

     b.   Non-tenured faculty who change department/division/area of the University and enter another at the University are eligible to apply for tenure after two years of service in the new area, provided they have a minimum of five years consecutive service as faculty at Vincennes University.

     c.   Years of service in an externally funded program administered by the University do not count toward the five years of consecutive service required for an employee to be eligible for tenure.

3    Eligible faculty must submit their request for tenure in writing with a thorough documentation based upon Vincennes University administrative evaluation criteria to their immediate supervisor and/or division dean, with copies to their department chairman, and/or appropriate Vice President

     Evaluation criteria will include the following, as appropriate to the faculty:

a.  Understanding the comprehensive community college philosophy.

b.  Teaching effectiveness or expertise in professional areas.

c.  Academic advising and other student services.

d.  Non-teaching administrative responsibilities.

e.  Professional growth and development.

f.  Special projects.

4.  The President of the University is authorized and instructed to receive all faculty tenure requests and recommendations through the designated or appropriate administrator. After receipt of same, the President is to make a recommendation to the Board of Trustees.

5.  In the event the President of the University recommends to the Board of Trustees that a faculty person eligible for tenure be denied tenure, the President shall notify the person by mail postmarked by February 15 of the reasons for the adverse recommendation. The person may request a hearing before a committee of the Board of Trustees, which committee shall consist of the Chairman of the Personnel Committee of the Board of Trustees (who will preside), one trustee chosen by the faculty person, and one trustee chosen by the President of the University. The request for the hearing must be made in writing to the President of the University within ten (10) days after postmark of the notice of the adverse recommendation.

    The committee will conduct the hearing within a reasonable time after receiving the written request. Before the hearing, the faculty person will then be advised of the names and of the substance of the testimony of the witnesses who will testify in support of the adverse recommendation and the person will be given the opportunity at the hearing to cross examine witnesses and present evidence. The proceedings will be recorded and transcribed. The person may be represented by counsel. The proceedings will be conducted as a closed executive session of the Board of Trustees to protect the rights and privacy of the faculty person and all participants.

    The faculty person shall similarly provide to University counsel a reasonable time in advance of the hearing the names and substance of the testimony of his witnesses.

    Within a reasonable number of days after the completion of the hearing, the committee will forward a recommendation concerning tenure to the Board of Trustees, which, after due deliberation upon the information received from the committee, shall make the tenure decision.

6.  After tenure is granted, faculty are required to continue outside professional experiences in order to remain on tenure.    Examples of expected work are as follows:    (a) a minimum of six credit hours in the teaching/professional field every five years (or within a period of five years), or (b) an equivalent in writing, or (c) a substitution of research, or (d) a substitution of travel, workshops or seminars or (e) return to work in the field related to teaching/professional duties, or (f) a substitution of a special project for the University that required any or all of the above. If the faculty person holds the doctorate degree or its equivalent, writing, research, or a special project is more desirable than hours of credit.

    Tenured faculty and professional staff will be evaluated as set out in "Instructional Evaluations, Item B."

7.  After tenure is awarded, faculty or professional staff need not receive an annual contract of employment as continuation of employment will be automatic. However, any changes in salary, title, rank and special duties shall be reduced to writing and added as an addendum to faculty or professional staff's existing contract.

8.  A tenured appointment is terminable by the University only for reasons of incompetence; serious personal or professional misconduct; insubordination; mandatory retirement of the faculty or professional staff person; discontinuance of a program; or extraordinary financial exigencies of the University.

**227**

In the event a tenured appointment is terminated because of extraordinary financial exigencies of the University, the terminated faculty or professional staff person will be given the first opportunity to return to the position for a period of three (3) years.

9.  In the event the President of the University recommends to the Board of Trustees that a tenured faculty or professional staff person's employment with the University be terminated, the President shall notify the faculty or professional staff person in writing of the reasons for the recommendation of termination. The faculty or professional staff person may request a hearing before a committee of the Board of Trustees, which committee shall consist of the Chairman of the Personnel Committee of the Board of Trustees (who will preside), one trustee chosen by the faculty or professional staff person, and one trustee chosen by the President of the University. The request for the hearing must be made in writing to the President of the University within ten (10) days after the postmark on the notice of the adverse recommendation.

The committee will conduct the hearing within a reasonable time after receiving the written request. Before the hearing, the faculty or professional staff person will be advised of the names and of the substance of the testimony of the witnesses who will testify in support of the adverse recommendation and the person will be given the opportunity at such hearing to cross examine witnesses and present evidence. The proceedings will be recorded and transcribed. The person may be represented by counsel. The proceedings will be conducted as a closed executive session of the Board of Trustees to protect the rights and privacy of the faculty or professional staff person and all participants.

The faculty or professional staff person shall similarly provide to University counsel a reasonable time in advance of the hearing the names and substance of the testimony of his witnesses.

Within a reasonable number of days after the hearing the committee will forward a recommendation concerning the termination of employment of the faculty or professional staff person to the Board of Trustees, which, after due deliberation upon the information received from the committee, shall make the decision whether the employment of the tenured faculty or professional staff person is to be terminated.

10. Tenure for each faculty or professional staff member is terminated at seventy years of age; or upon the completion of the academic year in which the faculty or professional staff member reaches the 70th birthday.

11. Contract personnel in administrative positions may earn tenure in a department/division/area or service of the University but no University personnel including the President has tenure in an administrative position

12. These regulations pertaining to tenure may be amended at any time upon an agreement of the majority of the members of the faculty or professional staff holding tenure and the approval of the Board of Trustees.

## Disagreement Procedure

If a faculty or professional staff member is affected by a decision viewed as unfair, discriminatory or in violation of University policy, the faculty or professional staff member has the right to initiate a review of that decision. The first step in the review process is to discuss the decision in question with the faculty or professional staff member's immediate supervisor. If the results of this discussion are unsatisfactory, the faculty or professional staff member may initiate further review of this decision by progressing to the next level in the chain of command. If attempts at resolution at all other levels are unsatisfactory, the faculty or professional staff member may ask the President to review the decision. Concerns of an affirmative action nature should be discussed with the Affirmative Action Officer. Affirmative Action grievances should be formally submitted on a form.

## Academic Freedom

All faculty members are entitled to academic freedom as follows:

1.  The faculty member is entitled to full freedom in research and in the publication of the results, subject to the adequate performance of his/her other employment, should be based upon an understanding with the

# EXHIBIT "F"



# UNIVERSITY MANUAL
# REVISIONS
# 1996-97

## *SECTION V*

## Employment and Tenure   *(Page 101 of 1995-96 Manual)*

Any employee who does not receive a written contract for a specified term of employment is not considered faculty or professional staff and is not subject to the paragraphs that follow within this section "Employment and Tenure." Rather, any employee not employed by a written contract for a specified term may terminate his/her employment at Vincennes University at any time, and Vincennes University may terminate his/her employment at any time.

The Board of Trustees is committed to the principles of academic freedom at Vincennes University, and to further these principles, the Board of Trustees affirms its commitment to granting tenure, upon the terms hereafter designated, to faculty members involved in teaching at Vincennes University.  The Board of Trustees believes the principles upon which tenure is founded apply only to faculty members involved in teaching, and, accordingly, Vincennes University will not offer tenure track positions to professional staff employees hired after June 1, 1990. Professional staff employed after June 1, 1990 will continue to be eligible for promotion as outlined in the provisions "Rank and Promotion" in the University Manual and for all other benefits now provided professional staff, except for the granting of tenure.

Also effective June 1, 1990, any new employee hired from outside the University as an athletic director or coach at Vincennes University will be employed by an individual written contract specifying the duration of the coach's employment.  These coaches will be given appropriate rank and titles and will be subject to promotion, but these coaches will not be eligible for tenure.

Effective in January 1996 the Trustees approved a procedural change in the faculty tenure policy.  This procedure included the movement of all tenure-track positions not eligible for tenure in 1996 to non-tenure track positions. The decision to continue non-tenure track positions will be determined annually.  All contract faculty who had accumulated some years toward tenure would retain those years until such time as tenure-track positions are once again available.

*********************

## Criteria for Application for Tenure   *(Page 103 of 1995-96 Manual)*

1.  The Board of Trustees reserves unto itself the granting of tenure status to faculty, which determination will be made after due consideration of the recommendation of the President. (see section on Employment and Tenure for recent action taken by the Trustees relative to tenure track positions) Annually a workshop is held during the fall semester by the Vice President for Instructional Services to outline the procedures for application for tenure.

2.  All persons employed in tenure track positions are eligible for tenure after five (5) consecutive years of full-time service in the same department/division/area.  Tenure is not retained when leaving a department/division/area of the University and entering another at the University.

    a.  Tenured faculty who change department/division/area of the University and enter another at the University are eligible to apply for tenure after two years of service in the new department/division/area.  Tenured professional staff who change department/division/area of the University and enter another at the University are **not** eligible to apply for tenure.

    b.  Non-tenured faculty who change department/division/area of the University and enter another at the University are eligible to apply for tenure after two years of service in the new area, provided they have a minimum of five years consecutive service as faculty at Vincennes University.

    c.  Years of service in an externally funded program administered by the University do not count toward the five years of consecutive service required for an employee to be eligible for tenure.

3. Eligible faculty must submit their request for tenure in writing with a thorough documentation based upon Vincennes University administrative evaluation criteria to their immediate supervisor and/or division dean, with copies to their department chairman, and/or appropriate Vice President.

Evaluation criteria will include the following, as appropriate to the faculty:

   a.  Understanding the comprehensive community college philosophy.

   b.  Teaching effectiveness or expertise in professional areas.

   c.  Academic advising and other student services.

   d.  Non-teaching administrative responsibilities.

   e.  Professional growth and development.

   f.  Special projects.

4. The President of the University is authorized and instructed to receive all faculty tenure requests and recommendations through the designated or appropriate administrator. After receipt of same, the President is to make a recommendation to the Board of Trustees.

5. In the event the President of the University recommends to the Board of Trustees that a faculty person eligible for tenure be denied tenure, the President shall notify the person by mail postmarked by February 15 of the reasons for the adverse recommendation. The person may request a hearing before a committee of the Board of Trustees, which committee shall consist of the Chairman of the Personnel Committee of the Board of Trustees (who will preside), one trustee chosen by the faculty person, and one trustee chosen by the President of the University. The request for the hearing must be made in writing to the President of the University within ten (10) days after postmark of the notice of the adverse recommendation.

The committee will conduct the hearing within a reasonable time after receiving the written request. Before the hearing, the faculty person will then be advised of the names and of the substance of the testimony of the witnesses who will testify in support of the adverse recommendation and the person will be given the opportunity at the hearing to cross examine witnesses and present evidence. The proceedings will be recorded and transcribed. The person may be represented by counsel. The proceedings will be conducted as a closed executive session of the Board of Trustees to protect the rights and privacy of the faculty person and all participants.

The faculty person shall similarly provide to University counsel a reasonable time in advance of the hearing the names and substance of the testimony of his witnesses.

Within a reasonable number of days after the completion of the hearing, the committee will forward a recommendation concerning tenure to the Board of Trustees, which, after due deliberation upon the information received from the committee, shall make the tenure decision.

6. After tenure is granted, faculty are required to continue outside professional experiences in order to remain on tenure.  Examples of expected work are as follows:  (a) a minimum of six credit hours in the teaching/professional field every five years (or within a period of five years), or (b) an equivalent in writing, or (c) a substitution of research, or (d) a substitution of travel, workshops or seminars or (e) return to work in the field related to teaching/professional duties, or (f) a substitution of a special project for the University that required any or all of the above. If the faculty person holds the doctorate degree or its equivalent, writing, research, or a special project is more desirable than hours of credit

Tenured faculty and professional staff will be evaluated as set out in "Instructional Evaluations, Item B."

7. After tenure is awarded, faculty or professional staff need not receive an annual contract of employment as continuation of employment will be automatic. However, any changes in salary, title, rank and special duties shall be reduced to writing and added as an addendum to faculty or professional staff's existing contract.

24

8. A tenured appointment is terminable by the University only for reasons of incompetence; serious personal or professional misconduct; insubordination; mandatory retirement of the faculty or professional staff person; discontinuance of a program; or extraordinary financial exigencies of the University.

In the event a tenured appointment is terminated because of extraordinary financial exigencies of the University, the terminated faculty or professional staff person will be given the first opportunity to return to the position for a period of three (3) years.

9. In the event the President of the University recommends to the Board of Trustees that a tenured faculty or professional staff person's employment with the University be terminated, the President shall notify the faculty or professional staff person in writing of the reasons for the recommendation of termination. The faculty or professional staff person may request a hearing before a committee of the Board of Trustees, which committee shall consist of the Chairman of the Personnel Committee of the Board of Trustees (who will preside), one trustee chosen by the faculty or professional staff person, and one trustee chosen by the President of the University. The request for the hearing must be made in writing to the President of the University within ten (10) days after the postmark on the notice of the adverse recommendation.

The committee will conduct the hearing within a reasonable time after receiving the written request. Before the hearing, the faculty or professional staff person will be advised of the names and of the substance of the testimony of the witnesses who will testify in support of the adverse recommendation and the person will be given the opportunity at such hearing to cross examine witnesses and present evidence. The proceedings will be recorded and transcribed. The person may be represented by counsel. The proceedings will be conducted as a closed executive session of the Board of Trustees to protect the rights and privacy of the faculty or professional staff person and all participants.

The faculty or professional staff person shall similarly provide to University counsel a reasonable time in advance of the hearing the names and substance of the testimony of his witnesses.

Within a reasonable number of days after the hearing the committee will forward a recommendation concerning the termination of employment of the faculty or professional staff person to the Board of Trustees, which, after due deliberation upon the information received from the committee, shall make the decision whether the employment of the tenured faculty or professional staff person is to be terminated.

10. Contract personnel in administrative positions may earn tenure in a department/division/area or service of the University but no University personnel including the President has tenure in an administrative position.

11. These regulations pertaining to tenure may be amended at any time upon an agreement of the majority of the members of the faculty or professional staff holding tenure and the approval of the Board of Trustees.

*******************

## Administrative Procedures    *(Page 106 of 1995-96 Manual)*

Faculty/professional staff initial rank upon employment shall be determined by the President upon recommendation of the appropriate vice president, the deans of the divisions or the supervisor of the position. Promotions to a higher rank are approved by the Board of Trustees in the following manner:

1. Recommendations for promotions should come from the person's immediate supervisor through channels to the President and be approved by the Board of Trustees.

2. A person seeking promotion will send a letter of application, (addressing the qualifications, criteria and evaluation areas, and the success of the faculty/professional staff) to the appropriate division dean or supervisor. Copies should be sent to department/program chair and the appropriate vice president. The appropriate vice president will establish and publish a deadline for receipt of materials annually but in no case shall that date exceed January 1.

Annually a workshop is held during the fall semester by the Vice President for Instructional Services to outline the procedures for application for promotion.

**233**