UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JACK A. HANES<br>    Plaintiff<br><br>    vs.<br><br>JOHN R. GREGG, Interim President of<br>Vincennes University, in his individual<br>capacity and in his official capacity;<br>DALE DOWDEN, University Provost and<br>Vice President for Academic Affairs, in<br>his individual capacity;<br>PHILLIP RATH, Vice President for<br>Finance and Government Relations, in his<br>individual capacity;<br>JIM MESSMER, Vice President for<br>Statewide Services, in his individual capacity; and<br>THE BOARD OF TRUSTEES OF VINCENNES<br>UNIVERSITY in their official capacity<br>    Defendants | CAUSE NO:  2:04-cv-0140-RLY-WGH |

## NOTICE OF FILING DEPOSITION

Comes now the Defendants, by counsel, Thomas J. Belcher and pursuant to the Court's Order Publishing Deposition dated June 17, 2005, now files the deposition of Jack Hanes with the Court by placing the same in the U.S. Mail the 23rd day of June, 2005.

Respectfully submitted,

KELLEY, BELCHER & BROWN

By:   s/ Thomas J. Belcher
      Thomas J. Belcher, #3773-53
      Attorneys for Defendants
      301 West Seventh Street
      Post Office Box 3250
      Bloomington, Indiana  47402-3250
      Telephone:   812-336-9963
      Fax:             812-336-4588
      E-mail: tbelcher@kelleybelcherbrown.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF FILING OF DEPOSITION was filed electronically on the 23rd day of June, 2005. Notice of this filing was sent to the following by operation of the Court's electronic filing system:

Ida Coleman Lamberti
MAURER RIFKIN & HILL, P.C.
E-mail: iclamberti@mrhlaw.com

                                                s/ Thomas J. Belcher
                                                Thomas J. Belcher