UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JACK A. HANES                                    CAUSE NO: 2:04-cv-0140-RLY-WGH
    Plaintiff

vs.

JOHN R. GREGG, Interim President of
Vincennes University, in his individual
capacity and in his official capacity;
DALE DOWDEN, University Provost and
Vice President for Academic Affairs, in
his individual capacity;
PHILLIP RATH, Vice President for
Finance and Government Relations, in his
individual capacity;
JIM MESSMER, Vice President for
Statewide Services, in his individual capacity; and
THE BOARD OF TRUSTEES OF VINCENNES
UNIVERSITY in their official capacity
    Defendants

## DEFENDANTS' FINAL LIST OF WITNESSES

Come now the Defendants, John R. Gregg, Interim President of Vincennes University, in his individual capacity and in his official capacity; Dale Dowden, University Provost and Vice President for Academic Affairs, in his individual capacity; Phillip Rath, Vice President for Finance and Government Relations, in his individual capacity; Jim Messmer, Vice President for Statewide Services, in his individual capacity; and The Board of Trustees of Vincennes University in their official capacity, by counsel, Thomas J. Belcher, and respectfully list the following witnesses who may be called by the Defendants to testify at the trial of this matter, reserving the right to call others not herein named for impeachment or rebuttal testimony.

    1.    John R. Gregg, Post Office Box 301, Sandborn, Indiana 47578;
    2.    Dale Dowden, Vincennes University, 1002 North First Street, Vincennes, Indiana 47591;

3. Phillip Rath, Vincennes University, 1002 North First Street, Vincennes, Indiana 47591;
4. Jim Messmer, Vincennes University, 1002 North First Street, Vincennes, Indiana 47591;
5. Jimmie Morrison, Vincennes University, 1002 North First Street, Vincennes, Indiana 47591;
6. Brad Case, Vincennes University, 1002 North First Street, Vincennes, Indiana 47591;
7. Kurt Wiley, Vincennes University, 1002 North First Street, Vincennes, Indiana 47591;
8. Daniel Burgei, Vincennes University, 1002 North First Street, Vincennes, Indiana 47591;
9. Phillip M. Summers, 1143 Honeysuckle Drive, Vincennes, Indiana 47591;
10. Rebuttal or impeachment witnesses; and
11. All witnesses listed by the Plaintiff.

Respectfully submitted,

KELLEY, BELCHER & BROWN

By: s/ Thomas J. Belcher
Thomas J. Belcher, #3773-53
Attorneys for Defendants
301 West Seventh Street
Post Office Box 3250
Bloomington, Indiana  47402-3250
Telephone:   812-336-9963
Fax:          812-336-4588
E-mail: tbelcher@kelleybelcherbrown.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Final List of Witnesses was filed electronically on the 15th day of August, 2005. Notice of this filing was sent to the following by operation of the Court's electronic filing system:

Ida Coleman Lamberti
MAURER RIFKIN & HILL, P.C.
E-mail:  iclamberti@mrhlaw.com

s/ Thomas J. Belcher
Thomas J. Belcher