IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JACK A. HANES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.  2:04-cv-0140-RLY-WGH |
| | ) |
| JOHN R. GREGG, Interim President | ) |
| of Vincennes University in his Individual | ) |
| capacity, and in his Official capacity; | ) |
| DALE DOWDEN, University Provost and | ) |
| Vice-President for Academic Affairs, in his | ) |
| Individual capacity; PHILLIP RATH, | ) |
| Vice-President For Finance and Government | ) |
| Relations, in his Individual capacity; | ) |
| JIM MESSMER, Vice-President for | ) |
| Statewide Services, in his individual capacity; and | ) |
| THE BOARD OF TRUSTEES OF VINCENNES | ) |
| UNIVERSITY in their Official capacity; | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S FINAL WITNESS  LIST**

Comes  now  the  Plaintiff,  by  counsel,  and  pursuant  to  the  Case  Management  Plan, respectfully  submits his Final Witness List as follows:

1. Anne Skuce
   8510 Big Springs Court
   Sellersburg, Indiana 47172
   (812) 246-2885

2. Dr. Phillip M. Summers
   1143 Honeysuckle Drive
   Vincennes, Indiana 47591
   (812) 882-8525

3.       Dr. Bryan Blanchard
          President
          Berkshire Community College
          Pittsfield, Massachusetts
          (413) 528-4521

4.       Mr. Larry Stearns
          117 East Brown Road
          Vincennes, IN 47591

5.       All named Defendants and any other witnesses identified by Defendants.

6.       Additional witnesses identified through continuing investigation.

7.       Any witnesses not presently listed but necessary for rebuttal or impeachment.

Respectfully Submitted,

s/ Ida Coleman Lamberti
Ida Coleman Lamberti, 16776-49
MAURER RIFKIN & HILL, P.C.
11550 N. Meridian Street, Suite 115
Carmel, Indiana 46032
Telephone: (317) 844-8372
Fax: (317) 573-5564
E-mail: iclamberti@mrhlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Plaintiff's Preliminary Witness and Exhibit List was filed electronically on the 16th day of August, 2005. Notice of this filing was sent to the following by operation of the Court's electronic filing system:

    Thomas J. Belcher
    301 West Seventh Street
    Post Office Box 3250
    Bloomington, Indiana 47402-3250
    E-mail: tbelcher@kelleybelcherbrown.com

                                  /s/ Ida Coleman Lamberti