UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JACK A. HANES<br>    Plaintiff<br><br>    vs.<br><br>JOHN R. GREGG, Interim President of<br>Vincennes University, in his individual<br>capacity and in his official capacity;<br>DALE DOWDEN, University Provost and<br>Vice President for Academic Affairs, in<br>his individual capacity;<br>PHILLIP RATH, Vice President for<br>Finance and Government Relations, in his<br>individual capacity;<br>JIM MESSMER, Vice President for<br>Statewide Services, in his individual capacity; and<br>THE BOARD OF TRUSTEES OF VINCENNES<br>UNIVERSITY in their official capacity<br>    Defendants | CAUSE NO: 2:04-cv-0140-RLY-WGH |

**SUPPLEMENTAL APPENDIX**
Volume I
Pages 1-3

                                    Respectfully submitted,

                                    KELLEY, BELCHER & BROWN


                     By:    s/ Thomas J. Belcher
                            Thomas J. Belcher, #3773-53
                            s/ Shannon L. Robinson
                            Shannon L. Robinson, #15253-82
                            Attorneys for Defendants
                            301 West Seventh Street
                            Post Office Box 3250
                            Bloomington, Indiana  47402-3250
                            Telephone:   812-336-9963
                            Fax:             812-336-4588
                            E-mail: tbelcher@kelleybelcherbrown.com
                                      srobinson@kelleybelcherbrown.com

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Supplemental Appendix-- Volume I was filed electronically on the 26th day of August, 2005. Notice of this filing was sent to the following by operation of the Court's electronic filing system:

Ida Coleman Lamberti
MAURER RIFKIN & HILL, P.C.
E-mail: iclamberti@mrhlaw.com

s/ Thomas J. Belcher
Thomas J. Belcher

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JACK A. HANES
    Plaintiff

CAUSE NO: 2:04-cv-0140-RLY-WGH

vs.

JOHN R. GREGG, Interim President of
Vincennes University, in his individual
capacity and in his official capacity;
DALE DOWDEN, University Provost and
Vice President for Academic Affairs, in
his individual capacity;
PHILLIP RATH, Vice President for
Finance and Government Relations, in his
individual capacity;
JIM MESSMER, Vice President for
Statewide Services, in his individual capacity; and
THE BOARD OF TRUSTEES OF VINCENNES
UNIVERSITY in their official capacity
    Defendants

## SUPPLEMENTAL AFFIDAVIT OF DALE DOWDEN

    Comes now Dale Dowden, being duly sworn upon his oath herein alleges and states:

    1.    That I hold the position of Provost and Vice President at Vincennes University.

    2.    That paragraph 17 of the Affidavit I previously executed herein was inaccurate in that the University Manual had been updated and modified and the manual which would have been in effect at the time Jack Hanes transferred from faculty to professional staff was the University Manual published in 2000.

    3.    That I have reviewed the Affidavit of Larry Stearns, as Exhibit 30 of the Plaintiff's Designation of Evidence herein.

    4.    That Mr. Stearns, in his position of a tenure professor in the Paralegal Program, and a member of the faculty senate, is not in a position to know whether or not faculty who transferred to professional staff retain their academic tenure, as a member of

1

the faculty or faculty senate is not privy to personnel files or contracts of the University's professional staff.

5. That I have been employed in higher education service for 36 years, serving 6 years in faculty and 30 years in administration.

6. That I have been employed with Vincennes University for 36 years and have served as Provost and Vice President of the University for 5 years.

7. That I am privy to the personnel files and contracts of the professional staff at the University and during my tenure at Vincennes University, no faculty member who has transferred to or accepted a position as professional staff and left their academic department has retained their academic tenure.

FURTHER AFFIANT SAYETH NOT.

I DECLARE UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND BASED ON PERSONAL KNOWLEDGE.

Dated this 26 day of August, 2005.

_____
Dale Dowden

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Supplemental Affidavit of Dale Dowden was filed electronically on the 26th day of August, 2005. Notice of this filing was sent to the following by operation of the Court's electronic filing system:

Ida Coleman Lamberti
MAURER RIFKIN & HILL, P.C.
E-mail: iclamberti@mrhlaw.com

                                                  s/ Thomas J. Belcher
                                                  Thomas J. Belcher

KELLEY, BELCHER & BROWN
301 West 7th Street
Post Office Box 3250
Bloomington, Indiana   47402-3250
Telephone:   812-336-9963

3